UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

DAVIS JOHN BATEMAN,

                Defendant.

Case No. 19-214 MLP

DETENTION ORDER

Offenses charged:

    Count 1:    Felon in Possession of Ammunition, Title 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: July 11, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

REASONS FOR DETENTION

1. The parties have not provided any information as to the following factors: the nature and circumstances of the alleged offense; the weight of the evidence against the Defendant; the history and characteristics of the Defendant; and the nature and seriousness of the danger to others or the community.

2. Defendant has stipulated to detention.

DETENTION ORDER - 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 11th day of July, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge